1  WILLIAM J. PORTANOVA, SBN 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900

4  Attorney for Defendant
   Susan Doan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S - 01 0018 DFL |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER** |
| v. | |
| SUSAN DOAN, | |
| Defendant. | |

With the Court's permission, the United States of America and defendant Susan Doan, by and through their undersigned counsel, do hereby agree and stipulate to the following:

**The Victim Attachment List in the matter of United States v. Doan is amended to include the following victims and amounts:**

| | |
|---|---:|
| **Bank of America** | **$125,000.00** |
| **Feducaid** | **2,900.00** |
| **Orchard Dental Group** | **797.00** |
| **Whirlpool Financial** | **1,151.00** |
| **Social Security Administration** | **10,475.00** |

**All other victims previously included on the original Victim Attachment List remain. The total amount of restitution previously ordered also remains unchanged.**

The purpose of this stipulation and proposed order is to accurately reflect the complete list of victims to whom restitution was ordered to be paid in the defendant's underlying

**Stipulation and Order**

- 1 -

1  bankruptcy fraud prosecution.

2      This amendment is necessary since the original restitution order of this court totalled

3  $390,028.00, which is the correct amount, but said order did not include a complete list of the

4  actual victims.  According to the U.S. Attorney's office, the defendant cannot be credited with

5  previous payments of restitution to the unlisted victims without this court's order amending the

6  Victim Attachment List.

7

8  **SO STIPULATED:**

9

10  DATED: _____     By:    /s/ Daniel S. Linhardt
                                            DANIEL S. LINHARDT

11                                              Assistant U.S. Attorney

12  DATED: _____     By:    /s/ William J. Portanova
                                            WILLIAM J. PORTANOVA

13                                             Attorney for Susan Doan

14  DATED: _____     By:    /s/ Susan Doan
                                            SUSAN DOAN

15                                             Defendant

16

17

18  **IT IS SO ORDERED**.

19  DATED: 12/2/2005

20

21

22                                       _____
                                     DAVID F. LEVI

23                                      United States District Judge

24

25

26

27

28

**Stipulation and Order**